IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV126 |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP d/b/a | ) | ORDER |
| VERIZON WIRELESS and VERIZON | ) | |
| COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation of voluntary dismissal without prejudice as to defendant Verizon Communications, Inc., pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure (Filing No. 32).  The Court finds the voluntary dismissal should be granted.  Accordingly,

IT IS ORDERED that Verizon Communications, Inc., is dismissed as a party defendant without prejudice.

DATED this 26th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court