IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )         8:12CV126
                              )
      v.                      )
                              )
CELLCO PARTNERSHIP d/b/a      )         ORDER
VERIZON WIRELESS,             )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for enlargement of time to respond to plaintiff's motion for protective order governing the disclosure and use of discovery materials (Filing No. 57). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. Defendant shall have until December 10, 2012, in which to respond to plaintiff's motion for protective order.

DATED this 4th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court