IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
           Plaintiff,          )          8:12CV126
                               )
      v.                       )
                               )
CELLCO PARTNERSHIP d/b/a       )             ORDER
VERIZON WIRELESS,              )
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 95).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  Andrew R. Sommer of the law firm of Winston & Strawn, LLP, is deemed withdrawn as counsel of record for defendant.  His name shall be removed from CM/ECF and he shall no longer receive notice of filings in this case.

DATED this 27th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court