```
          IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
          Plaintiff,          )         8:12CV126
                              )
     v.                       )
                              )
CELLCO PARTNERSHIP d/b/a      )         ORDER
VERIZON WIRELESS,             )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to strike (Filing No. 148). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The clerk of Court shall strike Filing Nos. 143 and 146.

DATED this 17th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court