IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC,          ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.          ) <br> ) <br> SPRINT SPECTRUM L.P.,          ) <br> d/b/a SPRINT PCS,          ) <br> ) <br> Defendant.          ) <br> _____) | 8:12CV123 | |
| PRISM TECHNOLOGIES, LLC,          ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.          ) <br> ) <br> T-MOBILE USA, INC.,          ) <br> ) <br> Defendant.          ) <br> _____) | 8:12CV124 | |
| PRISM TECHNOLOGIES, LLC,          ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.          ) <br> ) <br> UNITED STATES CELLULAR          ) <br> CORPORATION, d/b/a U.S.          ) <br> CELLULAR,          ) <br> ) <br> Defendant.          ) <br> _____) | 8:12CV125 | |
| PRISM TECHNOLOGIES LLC,          ) <br> ) <br> Plaintiff,          ) <br> ) <br> v.          ) <br> ) <br> CELLCO PARTNERSHIP d/b/a          ) <br> VERIZON WIRELESS,          ) <br> ) <br> Defendant.          ) <br> _____) | 8:12CV126 <br><br><br><br><br><br> ORDER | |

This matter is before the Court on plaintiff's motions for leave to file documents under seal (Filing No. 234 and Filing No. 238 in 8:12CV123; Filing No. 247 and Filing No. 251 in 8:12CV124; Filing No. 227 and Filing No. 231 in 8:12CV125; and Filing No. 217 and Filing No. 221 in 8:12CV126).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the motions for leave to file documents under seal are granted; the documents as enumerated in the motions are filed under seal pending further order of the Court.

DATED this 15th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court