IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,           )
                                   )
                Plaintiff,         )           8:12CV126
                                   )
         v.                        )
                                   )
CELLCO PARTNERSHIP d/b/a           )           ORDER
VERIZON WIRELESS and VERIZON       )
COMMUNICATIONS, INC.,              )
                                   )
                Defendants.        )
_____)

        This matter is before the Court on defendant Cellco

Partnership d/b/a Verizon Wireless' motion for withdrawal of

counsel (Filing No. 287).  The Court finds the motion should be

granted.  Accordingly,

        IT IS ORDERED that the motion is granted.  Charles B.

Molster, III, formerly of the law firm of Winston & Strawn is

deemed withdrawn as counsel for Cellco Partnership d/b/a Verizon

Wireless.  The clerk of court shall remove his name from CM/ECF.

        DATED this 15th day of July, 2016.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court