IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PRISM TECHNOLOGIES, LLC, | |
|---|---|
| Plaintiffs, | 8:12CV126 |
| vs. | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON COMMUNICATIONS INC., | ORDER |
| Defendants. | |

As requested in the pending motions, (Filing No's. 296 and 297), which are hereby granted,

IT IS ORDERED:

1) Carolyn A. Wilson, formerly of the law firm Cassem, Tierney, Adams, Gotch & Douglas, is withdrawn as counsel of record.

2) Joseph C. Masullo and Kurt A. Mathas, of the law firm Winston & Strawn, are withdrawn as counsel of record.

3) ECF notifications to the foregoing withdrawn attorneys shall be discontinued.

February 6, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

1